# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2280 Disciplinary Docket No. 3
:
Petitioner : No. 65 DB 2015
:
v. : Attorney Registration No. 90763
:
MICHAEL ELIAS STOSIC, : (Philadelphia)
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2016, upon consideration of the Report and Recommendations of the Disciplinary Board, the Petition for Review, and the Office of Disciplinary Counsel's answer, Michael Elias Stosic is suspended from the Bar of this Commonwealth for a period of one year and one day, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).